**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
(973) 425-0161
Attorneys for Defendants,
HealthPlus Surgery Center, LLP, and Yan Moshe

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.S.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HEALTHPLUS SURGERY CENTER, LLC, et als.,<br><br>　　　　　　Defendants. | Civil Action No.: 19-964 (WJM)<br>*(Lead Docket No.)*<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.Cv.P. 41(A)(1)(ii)** |
| LAUREN MARRERO et als.<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>HEALTHPLUS SURGERY CENTER, LLC, et als.,<br><br>　　　　　　Defendants. | Civil Action No.: 19-965 (WJM)<br>*(Consolidated)* |
| DUANNE WINLEY-DUNK,<br><br>　　　　　　Plaintiffs,<br><br>Vs.<br><br>HEALTHPLUS SURGERY CENTER, LLC, et als.,<br><br>　　　　　　Defendants. | Civil Action No.: 19-5906 (WJM)<br>*(Consolidated)* |

**PLEASE TAKE NOTICE** that Plaintiffs in the above consolidated putative class action, C.S., Laruen Marrero, and Duanne Winley-Dunk, and Defendants, HealthPlus Surgery Cetner, LLP, Yan Moshe, Regina Moshe, M.D., Citimedical I PLLC, Michele Miller, Yasmeen Khan, MD, MRK Consulting, LLC, Marie Kassai, Metro Pain Specialists, P.C., Premier Anesthesiology Associates, P.A., Citimed Services, P.A, and Hudson Regional Hospital, hereby stipulate that all claims, including all cross-claims, filed in this matter shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and without costs to any party.

**STIPULATED AND AGREED**

*Philip C. Federico*
Philip C. Federico, Esq.
Baird, Mandalas, Brockstedt & Federico, LLC
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Attorneys for Plaintiffs,
Lauren & Julio C. Marrero and C.S.

Dated: 9/11/2024

*Richard J. Williams, Jr.*
Richard J. Williams, Jr., Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
Attorneys for Defendants,
HealthPlus Surgery Center, LLC, and
Yan Moshe

Dated: 9/11/2024

_____
Michael J. Maggiano, Esq.
Maggiano, DiGirolamo & Lizzi, PC
201 Columbia Ave.
Fort Lee, NJ 07024
Attorneys for Plaintiffs, Lauren & Julio C. Marrero and C.S.

Dated:

*Keith Roberts*
Keith Roberts, Esq.
Brach Eichler, LLP
101 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for Defendants, HealthPlus Surgery Center, LLC and Yan Moshe

Dated: 9/11/2024

*Jared R. Cooper*
Jared R. Cooper, Esq.
Robinson & Yablon, P.C
232 Madison Ave., Suite 909
New York, NY 10016
Attorney for Plaintiff, Duanne Winley-Dunk

Dated: 9/11/2024

_____
Michael McGann, Esq.
Orlovsky Moody Schaaff & Conlon, LLC
187 Highway36, Building A, Suite 110
West Long Branch, NJ 07764
Attorneys for Defendants, Regina Moshe, M.D., Citimedical I PLLC, and Citimed Services, P.A.
Dated:

**PLEASE TAKE NOTICE** that Plaintiffs in the above consolidated putative class action, C.S., Laruen Marrero, and Duanne Winley-Dunk, and Defendants, HealthPlus Surgery Cetner, LLP, Yan Moshe, Regina Moshe, M.D., Citimedical I PLLC, Michele Miller, Yasmeen Khan, MD, MRK Consulting, LLC, Marie Kassai, Metro Pain Specialists, P.C., Premier Anesthesiology Associates, P.A., Citimed Services, P.A, and Hudson Regional Hospital, hereby stipulate that all claims, including all cross-claims, filed in this matter shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and without costs to any party.

**STIPULATED AND AGREED**

Philip C. Federico, Esq.
Baird, Mandalas, Brockstedt & Federico, LLC
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Attorneys for Plaintiffs,
Lauren & Julio C. Marrero and C.S.

Dated:

_/s/ Michael J. Maggiano_
Michael J. Maggiano, Esq.
Maggiano, DiGirolamo & Lizzi, PC
201 Columbia Ave.
Fort Lee, NJ 07024
Attorneys for Plaintiffs, Lauren & Julio C. Marrero and C.S.

Dated: 9/12/2024

Jared R. Cooper, Esq.
Robinson & Yablon, P.C
232 Madison Ave., Suite 909
New York, NY 10016
Attorney for Plaintiff, Duanne Winley-Dunk

Richard J. Williams, Jr., Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
Attorneys for Defendants,
HealthPlus Surgery Center, LLC, and
Yan Moshe

Dated:

Keith Roberts, Esq.
Brach Eichler, LLP
101 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for Defendants, HealthPlus Surgery Center, LLC and Yan Moshe

Dated:

Michael McGann, Esq.
Orlovsky Moody Schaaff & Conlon, LLC
187 Highway 36, Building A, Suite 110
West Long Branch, NJ 07764
Attorneys for Defendants, Regina Moshe, M.D., Citimedical I PLLC, and Citimed Services, P.A.

2

**PLEASE TAKE NOTICE** that Plaintiffs in the above consolidated putative class action, C.S., Laruen Marrero, and Duanne Winley-Dunk, and Defendants, HealthPlus Surgery Cetner, LLP, Yan Moshe, Regina Moshe, M.D., Citimedical I PLLC, Michele Miller, Yasmeen Khan, MD, MRK Consulting, LLC, Marie Kassai, Metro Pain Specialists, P.C., Premier Anesthesiology Associates, P.A., Citimed Services, P.A, and Hudson Regional Hospital, hereby stipulate that all claims, including all cross-claims, filed in this matter shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and without costs to any party.

**STIPULATED AND AGREED**

Philip C. Federico, Esq.
Baird, Mandalas, Brockstedt & Federico, LLC
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Attorneys for Plaintiffs,
Lauren & Julio C. Marrero and C.S.

Dated:

Richard J. Williams, Jr., Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
Attorneys for Defendants,
HealthPlus Surgery Center, LLC, and
Yan Moshe

Dated:

Michael J. Maggiano, Esq.
Maggiano, DiGirolamo & Lizzi, PC
201 Columbia Ave.
Fort Lee, NJ 07024
Attorneys for Plaintiffs, Lauren & Julio C. Marrero and C.S.

Dated:

Keith Roberts, Esq.
Brach Eichler, LLP
101 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for Defendants, HealthPlus Surgery Center, LLC and Yan Moshe

Dated:

Jared R. Cooper, Esq.
Robinson & Yablon, P.C
232 Madison Ave., Suite 909
New York, NY 10016
Attorney for Plaintiff, Duanne Winley-Dunk

*Michael C. McGann*
Michael McGann, Esq.
Orlovsky Moody Schaaff & Conlon, LLC
187 Highway36, Building A, Suite 110
West Long Branch, NJ 07764
Attorneys for Defendants, Regina Moshe, M.D., Citimedical I PLLC, and Citimed Services, P.A.

2

*Alan Roth*
Alan Roth, Esq.
Bendit Weinstock, P.A.
80 Main Street, Suite 260
West Orange, NJ 07052
Attorney for MCL Plaintiffs

Dated: 9/11/2024

*John A. McPhilliamy*
John A. McPhilliamy, Esq.
Ahmuty, Demers & McManus
200 I.U. Willets Road
Albertson, NY 11507
Attorneys for Defendant, Michele Miller

Dated: 9/11/2024

*Brandon D. Minde*
Brandon D. Minde, Esq.
Dughi, Hewit & Domalewski
340 North Avenue
Cranford, NJ 07016
Attorneys for Defendants, Yasmeen Khan, M.D.
(in her capacity as an anesthesiologist) and Premier Anesthesiology Associates, P.A.

Dated: 9/11/2024

*Jeremy Cooley*
Jeremy Cooley, Esq.
Buckley Theroux Kline & Colley, LLC
707 State Road
Princeton, NJ 08540
Attorney for Defendant, Yasmeen Khan, M.D.
(in her capacity as Medical Director for HealthPlus Surgery Center, LLP)

Dated: 10/28/24

*Malinda Miller*
Malinda Miller, Esq.
Lewis Brisbois
One Riverfront Plaza, Suite 800
Newark, NJ 07102
Attorneys for Defendants, Marie Kassai and MRK Consulting, LLC

Dated: 9/11/204

*William J. Buckley*
William J. Buckley, Esq.
Schenck Price Smith & King, LLP
220 Park Place
Florham Park, NJ 07932
Attorneys for Defendant, Metro Pain Specialists Professional Corp.

Dated: 10/28/2024

*Sam Rosenberg*
Sam Rosenberg, Esq.
Rosenberg Jacobs Heller & Fleming, P.C.
201 Littleton Road
Morris Plains, NJ 07950
Attorneys for Hudson Regional Hospital

Dated: 10/28/2024

*Francesca Aiello-Nicholas*
Francesca Aiello-Nicholas, Esq.
Law Offices of Rosemarie Arnold
1386 Palisade Avenue
Fort Lett, NJ 07024
Attorneys for Plaintiffs, Theresa Bretan and Mary Ann LaBarbiera

Dated: 9/11/2024

3

*Lawrence Kleiner*

Lawrence Kleiner, Esq.
Lawrence H. Kleiner, LLC
294 Harrington Avenue, Suite 4
Closter, NJ 07624
Attorneys for Plaintiff Erica Perez

Dated: 10/28/2024

So Ordered this 5th date of November, 2024

William J. Martini
United States District Court Judge

4